# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

FRED SPENCER and SHELBY JUNE SPENCER                                  PLAINTIFFS

v.                              No. 3:04CV00236 JLH

DAN LANGSTON, et al.                                                  DEFENDANTS

## ORDER

Plaintiffs' second amended complaint (Docket #31) renders defendant Jerry Roth's motion to dismiss (Docket #22) moot.

IT IS SO ORDERED this __18th__ day of July, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE