## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

FRED SPENCER and                                                                            PLAINTIFFS
SHELBY JUNE SPENCER

v.                              NO. 3:04CV00236 JLH

DAN LANGSTON, In His Official Capacity as Sheriff of
Greene County, Arkansas, and Individually;
JAMIE MARTIN, In His Official Capacity as a Captain of
the Greene County Sheriff's Office, Greene County, Arkansas,
and Individually; JERRY ROTH, In His Official Capacity as
a Deputy of the Craighead County Sheriff's Office, and Individually;
and CHRIS LANE, In His Official Capacity as an Officer of the
Jonesboro Police Department, and Individually                                               DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of Dan Langston, individually and in his official capacity as Sheriff of Greene County, Arkansas, Jamie Martin, individually and in his official capacity as a Captain of the Greene County Sheriff's Office, Jerry Roth, individually and in his official capacity as a Deputy of the Craighead County Sheriff's Office, and Chris Lane, individually and in his official capacity as an officer of the Jonesboro Police Department, on the claims of Fred Spencer and Shelby June Spencer. The complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of April, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE